DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

QUINCY MAURICE CURRY, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D23-730

_____

December 27, 2023

Appeal from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Howard L. Dimmig, II, Public Defender, and Pamela H. Izakowitz, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

     Affirmed.


SILBERMAN, BLACK, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.